UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x

RONALD KONOVE, individually and as
Administrator of the Estate of Jonathan Konove,
On behalf of the Estate of Jonathan Konove and
His Heirs-At-Law,

        Plaintiff,

v.

FORD MOTOR COMPANY, INC.,

        Defendant.
--------------------------------------------------------------- x

**ORDER OF DISCONTINUANCE**

Civ Case No.: 08:CV-9879

**ORIGINAL**

It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

ORDERED that said action be and hereby is, discontinued with prejudice and without costs; provided, however, that within 60 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

Dated:  New York, New York

    March _11_, 2010

                  FRANK MAAS
                  United States Magistrate Judge

Agreed and Consented to:       Agreed and Consented to:

James Gotz, Esq.          Peter Fazio, Esq.
Attorney for Plaintiff         Attorney for Defendant

{00843401.DOC }
**Error! Unknown document property name.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/10